**O'HAGAN MEYER**
JEFF WINCHESTER, ESQ (Nevada Bar No.10279)
E: JWinchester@ohaganmeyer.com
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101
Telephone: 725.286.2801

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PHAEDRA FITGERALD, an individual;<br><br>    Plaintiff,<br><br>    vs.<br><br>JXM, INC., a Texas corporation; MAIN BUILDING MAINTENANCE, INC., a Texas Corporation.<br><br>    Defendants. | Case No. 2:25-cv-01147-MMD-EJY<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE TO ANSWER OR FILE A RESPONSIVE PLEADING TO PLAINITFF'S COMPLAINT**<br><br>**(First Request)** |

Pursuant to LR IA 6-1(a), LR IA 6-2, and LR 7-1, the undersigned counsel of record for Defendant JXM., INC. and MAIN BUILDING MAINTENANCE, INC. ("Defendants"), and Plaintiff PHAEDRA FITGERALD stipulate to extend Defendants JXM., INC.'s and MAIN BUILDING MAINTENANCE, INC.'s deadline to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1) in the above-captioned matter, through and including Friday, September 5, 2025.

This extension request is made in good faith and not for the purpose of delay.  Defendant Main Building Maintenance, Inc.'s deadline to answer or otherwise respond to the Complaint is this Friday, August 15th, 2025. Counsel for Defendants received the assignment on Monday of this week, and need time to conduct an inquiry into the allegations contained in the Complaint on behalf of both entities.  Moreover, Defendant JXM, Inc. was served with the Summons and Complaint on Monday, August 11th, 2025. No responsive pleading is due on behalf of JXM, Inc,

until September 8th, 2025.

    The parties will not be prejudiced by stipulating to this extension, as the purpose of this first request for the extension is to allow additional time for JXM, INC., MAIN BUILDING MAINTENANCE, to complete a meaningful investigation and prepare their responses to the Complaint lodged against them.

DATED this 13th day of August, 2025.

**GREENBERG GROSS LLP**

/s/ *Marian Massey*
Jemma E. Dunn
Nevada Bar No. 16229
Matthew T. Hale
Nevada Bar No. 16880
Marian L. Massey
Nevada Bar No. 14579
GREENBERG GROSS LLP
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
*Attorneys for Plaintiff*

DATED this 13th day of August, 2025.

**O'HAGAN MEYER, PLLC**

/s/ *Jeff Winchester*
Jeff Winchester, ESQ.
Nevada Bar No. 10279
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101

*Attorneys for Defendants*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 13, 2025.

2