JEFF WINCHESTER (Nevada Bar No. 10279)
E: JWinchester@ohaganmyer.com
JORGE "COCO" PADILLA (Nevada Bar No. 16295)
E: JPadilla@ohaganmyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, Nevada 89101
Telephone: 725.286.2801

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PHAEDRA FITZGERALD, individually<br><br>Plaintiff,<br><br>vs.<br><br>JXM, INC., a Texas corporation; MAIN BUILDING MAINTENANCE, INC., a Texas Corporation<br>Defendants. | Case No. 2:25-cv-01147-MMD-EJY<br><br>**Order granting Stipulation to Extend Deadline to File Dismissal Papers** |

Plaintiff Phaedra Fitzgerald and Defendants JXM, Inc. and Defendants JXM, Inc. and Main Building Maintenance, Inc., by and through their respective counsel of record, hereby stipulate and agree as follows: Per this Court's Minute Order dated March 2nd, 2026 [Doc. No. 22] the deadline for the Parties to (i) finalize settlement documents and (ii) file dismissal papers in this matter is May 1st, 2026. The Parties have finalized and executed a Settlement Agreement, which requires Defendant to transmit three separate checks to counsel for Plaintiff. Counsel for Defendant has recently received the final checks and is prepared to send the checks to counsel for Plaintiff next week.

Once counsel for Plaintiff receives the settlement checks, the Parties will promptly file a Stipulation and Order dismissing this matter with prejudice.

/ / /

Accordingly, the Parties respectfully ask this Court to grant an extension of time until June 1, 2026,  to file dismissal papers in this matter.

Dated: May 1, 2026                                    Dated: May 1, 2026

**GREENBERG GROSS LLP**                   **O'HAGAN MEYER PLLC**


 */s/ Marian L. Massey*                                */s/ Jeff Winchester*
JEMMA DUNN                                        JEFF WINCHESTER
Nevada Bar No. 16229                           Nevada Bar No. 10279
MATTHEW T. HALE                              300 S. 4th Street, Suite 1250
Nevada Bar No. 16880                           Las Vegas, Nevada 89101
MARIAN L. MASSEY
Nevada Bar No. 14579                           *Attorneys for Defendants*
Greenberg Gross
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

*Attorneys for Plaintiff*



                                                    **IT IS SO ORDERED**.

                                                    _____
                                                    United States District Judge


                                                    Dated: ___May 4, 2026_____

2