JEMMA DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MARIAN L. MASSEY
Nevada Bar No. 14579
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
 *JDunn@GGTrialLaw.com*
 *MHale@GGTrialLaw.com*
 *MMassey@GGTrialLaw.com*

*Attorneys for Plaintiff Phaedra Fitzgerald*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PHAEDRA FITZGERALD, an individual,<br><br>            Plaintiff,<br><br>    V.<br><br>JXM, INC., a Texas corporation; MAIN BUILDING MAINTENANCE, INC., a Texas corporation,<br><br>            Defendants. | Case No.: 2:25-cv-01147-MMD-EJY<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

1

STIPULATION AND ORDER FOR DISMISSAL

Plaintiff Phaedra Fitzgerald ("Plaintiff"), by and through her counsel of record, GREENBERG GROSS LLP, and Defendants JXM, Inc. and Main Building Maintenance, Inc. ("Defendants"), by and through their counsel of record, O'HAGAN MEYER PLLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice, including all claims against all parties, with each party to bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: May 26, 2026

Dated: May 26, 2026

**GREENBERG GROSS LLP**

**O'HAGAN MEYER PLLC**

 /s/ Marian L. Massey

/s/ Jeff Winchester

JEMMA DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MARIAN L. MASSEY
Nevada Bar No. 14579
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

JEFF WINCHESTER
Nevada Bar No. 10279

300 S. 4th Street, Suite 1250
Las Vegas, Nevada 89101

*Attorneys for Defendants*

*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: May 28, 2026